1

2

3

4

5

6

7

8

9

10

11

12

13

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA
-oOo-

ALTON HARDY,                                )
                                            )        2:10-CV-00819-PMP-PAL
            Plaintiff,                      )
                                            )
vs.                                         )        **ORDER**
                                            )
CLARK COUNTY JUSTICE COURT,                 )
                                            )
            Defendant.                      )
                                            )

14    Before the Court for consideration is Plaintiff Alton Hardy's Complaint

15  (Doc. #3), filed on June 22, 2010.  On July 19, 2010, the Honorable Peggy A. Leen,

16  United States Magistrate Judge, entered a Report of Findings and Recommendation

17  (Doc. #4) recommending that Plaintiff Hardy's Complaint (Doc. #3) should be

18  denied.

19    Plaintiff Hardy was given notice to file written objections with the court to

20  Magistrate Judge Leen's Report and Recommendations within twenty (20) days after

21  being served.  To date no objections have been filed and the time to do so has now

22  expired.

23    The Court has conducted a <u>de novo</u> review of the record in this case in

24  accordance with 28 U.S.C.§ 636(b)(1) and Local Rule IB 3-2(a) and determines that

25  Magistrate Judge Leen's Report of Findings and Recommendation should be

26  Affirmed.

2

1    **IT IS THEREFORE ORDERED that** Magistrate Judge Leen's Report of

2  Findings and Recommendation (Doc. #4) are Affirmed and Plaintiff Alton Hardy's

3  Complaint (Doc. #3) is **DISMISSED** with prejudice.

4

5  DATED:  August 3, 2010.

6

7

8                                   PHILIP M. PRO
                                    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26